UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                   :

CARIBBEAN FEEDER SERVICES, INC.,          :

                           Plaintiff,                        :
                                                                     :          25-CV-7716 (JMF)
            -v-                                      :
                                                                     :               ORDER

SHIPLILLY LATAM SRL et al.,                 :

                           Defendants.                   :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's September 19, 2025 Order, ECF No. 11, Plaintiff was required to file a status report, the contents of which are described therein, no later than November 1, 2025 To date, Plaintiff has not filed a .  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 10, 2025**.  Failure to file a status report by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

       SO ORDERED.

Dated: November 5, 2025
       New York, New York
                                                      JESSE M. FURMAN
                                                United States District Judge