UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                          :
CARIBBEAN FEEDER SERVICES, INC.,                          :
                                                          :
                            Plaintiff,                    :
                                                          :        25-CV-7716 (JMF)
            -v-                                           :
                                                          :            ORDER
SHIPLILLY LATAM SRL et al.,                               :
                                                          :
                            Defendants.                   :
                                                          :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

         Pursuant to the Court's January 20, 2026 Order, ECF No. 17, Plaintiff was required to file a joint status report, the contents of which are described therein, on the first of every month. To date, Plaintiff has not filed the status report. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **March 12, 2026**. The Court has already had to issue a courtesy extension before in this case. ECF No. 12. Continued failure to file by Court deadlines may result in the case being dismissed for failure to prosecute and/or as abandoned.

         SO ORDERED.

Dated: March 6, 2026
         New York, New York                      _____
                                                      JESSE M. FURMAN
                                                 United States District Judge